IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BROOKE JUNKER,** ) | |
| ) | **Case No.** 22-cv-1962-DWD |
| ) | **Deadline for Completion of** Click here to enter text. |
| **Plaintiff,** ) | |
| ) | **Mandatory Mediation Process:** |
| vs. ) | **September 22, 2023** |
| ) | |
| **MASCOUTAH COMMUNITY** ) | |
| **SCHOOL DISTRICT 19 BOARD OF** ) | |
| **EDUCATION, ET. AL.,** ) | |
| | |
| **Defendants.** | |

## REPORT OF MANDATORY MEDIATION

A mediation session was held on August 23, 2023. The outcome of the Mandatory Mediation session is as follows:

☒ **CASE HAS SETTLED**.
  ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
  Or
  ☒ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☐ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED: 8/24/2023.

                                                          S/ Stephen C. Williams
                                                          _____
                                                          Mediator